THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EILEEN HANSON, | CASE NO. C16-0568-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' email notice of settlement. The parties are ORDERED to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 30 days of this order. The pretrial dates and trial date are VACATED. The pending motion to quash (Dkt. No. 22) is DISMISSED as moot.

DATED this 9th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C16-0568-JCC
PAGE - 1